**Opinion issued May 29, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00671-CV

————————————

**ROXANA JUANA RODRIGO RAMIREZ, Appellant**

**V.**

**ITZEL TORRES, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JOSE L. TORRES, Appellee**

On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1229797

## MEMORANDUM OPINION

Appellant, Roxana Juana Rodrigo Ramirez, has filed a notice of appeal from the trial court's final judgment signed on August 27, 2024. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

On October 25, 2024, the clerk's record was filed, and on January 18, 2025, the court reporter's record was filed. Accordingly, appellant's brief was due to be filed on or before February 20, 2025. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On February 26, 2025, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not respond to the February 26, 2025 notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.